Form certmail

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE

701 Broadway Room 170
Nashville, TN 37203

**Adversary Proceeding No.: 3:19–ap–90182**
**Related Bankruptcy Proceeding No.: 3:19–bk–05112**

In re: Debtor : Aaron Branson

Plaintiff : AARON WELLS

   vs

Defendant : Aaron Branson

## CERTIFICATE OF MAILING

I hereby certify a true copy of the Remark was mailed postage prepaid to the party or parties listed below, on 12/11/19.

AARON WELLS
JESSICA WELLS
111 SWEETHAVEN COURT
FRANKLIN TN 37069

Dated: 12/11/19               TERESA C. AZAN
                              Clerk, U.S. Bankruptcy Court

                              BY: /s/ amd
                              Deputy Clerk