UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

FILED
2019 DEC 19 PM 4:00
U.S. BANKRUPTCY COURT
MIDDLE DISTRICT OF TN

In re                                       )
                                            )
AARON BRANSON,                              )   Case No. 3:19-BK-05112
                                            )   Chapter 7
        Debtor.                             )   Judge Harrison
                                            )

AARON WELLS,
JESSICA WELLS

        Plaintiffs,                         )
                                            )
v.                                          )   Adversary No. 3:19-ap-90182
                                            )
AARON BRANSON,                              )
                                            )
        Defendant.                          )
                                            )

## ENTRY OF DEFAULT

It appears from the record that the following defendant failed to plead or otherwise defend in this case as required by law.

Name: Aaron Branson

Therefore, default is entered against the defendant as authorized by Federal Rule of Bankruptcy Procedure 7055.

Dated: December 18th, 2019.

_____
Clerk of the Bankruptcy Court

_____          By: _____
         Date                              Deputy Clerk

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| In re )<br>)<br>AARON BRANSON, )<br>)<br>Debtor. )<br>) | Case No. 3:19-BK-05112<br>Chapter 7<br>Judge Harrison |
| AARON WELLS,<br>JESSICA WELLS<br>    Plaintiffs, )<br>)<br>v. )<br>)<br>AARON BRANSON, )<br>)<br>    Defendant. )<br>) | Adversary No. 3:19-ap-90182 |

## CERTIFICATE OF MAILING

I hereby certify a true copy of the Entry of Default was mailed postage prepaid to the parties listed below on 12/18/2019.

Aaron Branson
4405 Maximillion Circle
Murfreesboro TN 37128

U.S. Bankruptcy Court
Middle District of Tennessee
701 Broadway
Room 170
Nashville TN 37203

Dated: December 18th, 2019.

_Aaron Wells_  _Jessica Wells_

Aaron Wells  Jessica Wells

111 sweethaven ct  111 Sweethaven Ct.

Franklin TN 37069  Franklin TN 37069