UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

In re                                )
                                     )
AARON BRANSON,                       )   Case No. 3:19-BK-05112
                                     )   Chapter 7
          Debtor.                    )   Judge Harrison
                                     )

AARON WELLS,
JESSICA WELLS
          Plaintiffs,                )
                                     )
v.                                   )   Adversary No. 3:19-ap-90182
                                     )
AARON BRANSON,                       )
                                     )
          Defendant.                 )
                                     )

## ENTRY OF DEFAULT

It appears from the record that the following defendant failed to plead or otherwise defend in this case as required by law.

| Name: Aaron Branson |

Therefore, default is entered against the defendant as authorized by Federal Rule of Bankruptcy Procedure 7055.

Dated: December 20th, 2019.

_____
Clerk of the Bankruptcy Court